IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JARED MASSEY )
)
)
)
Plaintiff(s), )
)
v. ) Case No. 5:16-CV-01233-R
)
FLOWERS FOODS INC., and FLOWERS )
BAKING CO. OF DENTON LLC )
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF DENTON, LLC.
(Plaintiff/Defendant)  (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ Natalie N. Turner (OK Bar No. 32924)   04/21/17
Signature                                  Date

Natalie N. Turner (OK Bar No. 32924)
Print Name

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Firm

One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Address

Atlanta          GA          30303
City             State       Zip Code

404.881.1300     404.870.1732
Telephone        Fax Number

natalie.turner@ogletreedeakins.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

☑ I hereby certify that on (date) April 21, 2017 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Erin M. Moore, OBA No. 20787
HELMS & UNDERWOOD
One NE Second St., Suite 202
Oklahoma City, Oklahoma 73104
Telephone: (405) 319-0700
Facsimile: (405) 319-9292

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Natalie N. Turner (OK Bar No. 32924)
s/ Attorney Name